

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00368-CR

| | | |
|---|---|---|
| TERVON LEE BASPED, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1543547R) |
| V. | | October 25, 2018 |
| | § | |
| | | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM